Case 3:25-cr-00121-SVN   Document 1   Filed 07/16/25   Page 1 of 3

SCANNED at CCC
and Emailed
7/15/25 by [initials]   3 pages
date   initials   No.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT )
Plaintiff-respondent )
 )
 ) Case No. _____
v. )
 )
DARIUS DUBOSE©️ )
Defendant-petitioner )

## NOTICE OF REMOVAL

To: The United States District Court for the District Connecticut:

Propria Persona Defendant DARIUS DUBOSE©️ hereby removes the above captioned case from the Superior Court of GA# 5, Connecticut, to the United States District Court for the District of Connecticut. In support of this removal defendant states:

1. Plaintiff STATE OF CONNECTICUT commenced this action against defendant DARIUS DUBOSE©️ in the Superior Court of GA #5 under the caption of "STATE OF CONNECTICUT, Plaintiff v. DARIUS DUBOSE©️, Defendant," Docket No. A05D-CR23-0191996-S, without serving a copy of the complaint, warrants and summonses at anytime whatsoever.

2. A copy of the complaint, warrant and summons is not attached to this petition whereas Superior Court GA #5 Derby refuses to provide any and all information to Defendant. No other pleadings or other proceedings have been lawfully filed or taken to date by Superior Court GA #5.

3. This action is a criminal action and is one over which this Honorable Court has original jurisdiction under 28 U.S.C. and is an action that can be removed on the petition of defendant to this District Court pursuant to 28 U.S.C. Subsection 1441 and brought in district court on federal grounds, States continued prosecution is in direct violation of the Federal Rules of Procedure Rule 11 (pleading) by consent of the accused (either verbal or written) the arrest ("Genesis" event) and continued prosecution is unlawful as the accused is protected by the; Foreign Sovereign Immunities Act (FSIA).

NOTICEOF REMOVAL                 1/3              03221984-DTD-NOR

5. This Honorable Court has original jurisdiction over this action because it appears from plaintiff's complaint that this is a criminal action with no injured party, and:

    (a) Plaintiff, both when this action was commenced and now, was and is a fictitious entity and does not exist except on paper whereas the entity is the STATE OF CONNECTICUT CORPORATION and can not be a injured party.

    (b) Accused-Petitioner, both when this action was commenced and now, was and is a **Natural Person** on behalf of DARIUS DUBOSE(C), a nonresident, not at all a State Citizen or a citizen of the STATE OF CONNECTICUT. Accused-Petitioner was not, when this action was commenced, **nor** is he now, a State Citizen or a citizen of the STATE OF CONNECTICUT but in fact a **National**, he **was not**, nor is he now, a citizen of the state where the action was brought.

    (c) Accused-Petitioner, do not nor have ever knowingly consented or consent to the jurisdiction of the Superior Court GA #5 Derby Court and service of process on accused was not at all proper.

*All Rights Reserved*      *Without Prejudice*
*Darius-Tyresse: of the DuBose© family on behalf of DARIUS DuBOSE©*
Attorney-in-Fact on behalf of DARIUS TYRESSE DUBOSE(C)  July 13, 2025

<u>Declaration Under Penalty of Perjury</u>

I solemnly declare under penalty of perjury that I am the Petitioner, I have read this petition and all the information in this petition is true, correct and complete. I fully understand that a false statement of material fact may serve as the basis for prosecution for perjury.

*All Rights Reserved*      *Without Prejudice*
*Darius-Tyresse: of the DuBose© family on behalf of DARIUS DuBOSE©*
Petitioner      July 13, 2025

PROOF OF SERVICE
---

I Darius-Tyresse; of the DuBose© family on behalf of DARIUS TYRESSE DUBOSE© certify that on __July 14__, 202__5__ A.D. I handed this material fact to the Department of Correction Counselor to file Electronically a copy of the foregoing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to **anyone unable to accept** electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


OFFICE OF THE HONORABLE CLERK
United States District Court
141 Church Street
New Haven, Connecticut 06510

Supervisory Assistant State's
Attorney Angela R. Macchiarulo
        106 Elizabeth Street
Derby, Connecticut 06418

Office of the Clerk
106 Elizabeth Street
Derby, Connecticut 06418

Brittany B. Paz, Esquire
383 Orange Street
New Haven, Connecticut 06510